**L. H. PHILO CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 355.

Circuit Court of Appeals, Second Circuit.

June 8, 1931.

W. A. Seifert, of Pittsburgh, Pa., and M. N. Fisher, of Washington, D. C. (Davis, Polk, Wardwell, Gardiner & Reed, of New York City, and Smith, Shaw, McClay & Seifert, of Pittsburgh, Pa., of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Helen R. Carloss and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and William E. Davis, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

In accordance with the confession of error of the respondent, the depreciation of the petitioner's assets for the years 1924 and 1925 should be based upon the sum, $70,348.-62. Otherwise the order is affirmed.

**Carlo MARCHETTI, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Henry M. FOWLER and Edward J. Blacker, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 6530, 6531.

Circuit Court of Appeals, Ninth Circuit.

July 22, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Ordered motion of petitioner, or petitioners, in each of above causes, for dismissal of petition to review, consented to by counsel for respondent, granted, that judgments of dismissal be filed and entered accordingly, and that the mandate of this court in each cause issue forthwith.

**H. H. MOTTER, Collector of Internal Revenue, v. John DENMAN, Jr., et al.**

No. 442.

Circuit Court of Appeals, Tenth Circuit.

April 30, 1931.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellant.

Banks, O'Brien & McVey, of Independence, Kan., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal [44 F.(2d) 648] dismissed April 30, 1931, on motion of appellant.